Opinion issued November 10, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00770-CR

———————————

In re Wilton Earl Winfrey, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

          Relator,
Wilton Earl Winfrey, petitioned for writ of mandamus asking that we require the
trial court to grant his motion to enter a judgment and sentence nunc pro tunc.[1]

 

          We deny the petition for writ of
mandamus.

PER CURIAM

 

Panel consists of Justices Keyes, Higley, and
Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).











[1]           The underlying case is State of Texas v. Winfrey, No.
129764001010 (337th Dist. Ct. of Harris Cnty., Tex.), the Honorable Herb
Ritchie, presiding.